UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| DENNIS H. TROUTMAN, | ) | |
|---|---|---|
| PLAINTIFF, | ) | |
| v. | ) | NO. 3:14-cv-2327 |
| | ) | JUDGE CRENSHAW |
| THE LOGISTICS GROUP, LLC, | ) | |
| DEFENDANT. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 8), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute the action.

Any other pending Motions are **DENIED AS MOOT**, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE